IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

TATE C. PULLIAM,

Defendant.

Case Number: L:25-po-00828-SAH

FILED
11:01 am, 1/6/26
U.S. Magistrate Judge

## STIPULATED PROTECTIVE ORDER

This matter having come before the Court pursuant to the United States' Motion for Stipulated Protective Order and the Court having examined the motion and being fully advised in the premises, FINDS that the motion should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that the following restrictions shall apply to the discovery that the United States produces and designates as "Protected Material" in order to expedite the timely flow of discovery material. Any material produced under this Order will clearly be labeled or designated as "Protected Material" by the United States.

1. The following individuals (the "Defense Team") may access and examine the Protected Material under the conditions set forth herein for the sole purpose of preparing the defense, including sentencing and appeal, and for no other purpose:

   a. counsel for the Defendant;

   b. the Defendant, so long as the Defendant is provided the Protected Material in a "view only" electronic format.;

   c. persons who provide litigation support services to defense counsel;

   d. any expert retained on behalf of the Defendant to assist in the defense of this matter; and

    e.  any investigator or interpreter retained on behalf of the Defendant to assist in the defense of this matter.

Counsel for the Defendant shall advise the individuals on the Defense Team of the requirements and the restrictions in this Protective Order, as well as the Court's entry of the Protective Order. Counsel for the Defendant must provide a copy of the Protective Order to any member of the Defense Team who accesses or examines the Protected Material. Counsel for the Defendant shall obtain the signature of any member of the Defense Team who accesses or examines the Protected Material, acknowledging they have been provided a copy of the Protective Order and agree to abide by its terms.

  2.  The Defense Team shall not permit other persons access of any kind to the Protected Material. The one exception is that the Defense Team may permit other persons to review the Protected Material if all of the following conditions are met:

    a.  the Defense Team maintains custody of the Protected Material at all times;

    b.  the Defense Team is present during the review; and

    c.  the review is for the sole purpose of preparing the defense and for no other purpose.

  3.  The Defense Team shall maintain the Protected Material in a secure location (e.g., locked drawer, cabinet, or safe) or secure electronic device (e.g., password-protected computer, password-protected thumb drive, password-protected external hard drive). Further, the Defense Team shall maintain a copy of this Protective Order with the Protected Material at all times.

  4.  The Defense Team shall not publicly offer, file, or lodge any Protected Material unless:

    a.  the United States provides written concurrence;

    b.  it is done pursuant to further Court order; or

      c.      it is done under seal.

5. Any willful violation of this Protective Order shall constitute a criminal contempt of Court for which sanctions are provided by law.

7. If the Protected Material is produced electronically, this Protective Order shall remain in effect until the Defense Team destroys the Protected Material. If the Protected Material is on a disk, then the disk shall be shredded. If the Protected Material is stored on a thumb drive or external hard drive then the storage device shall be properly formatted to adequately destroy the stored data. The Defense Team shall notify the United States that the Protected Material has been destroyed.

8. That the Defense Team shall not provide, disseminate, or otherwise distribute any personally identifying information, including addresses, social security numbers, driver's license numbers, or other sensitive information, for any reason, without order of the Court permitting distribution of that information. The Defense Team shall also not use any of that personally identifying information for any benefit or any purpose other than legitimate defense purposes in this case.

9. The parties shall meet and confer regarding any disputes arising under this Stipulated Protective Order.

IT IS THEREFORE ORDERED that the United States' Motion for Stipulated Protective Order is hereby GRANTED.

Dated this 6th day of January, 2026.

*Stephanie Hambrick*
HONORABLE STEPHANIE A. HAMBRICK
UNITED STATES MAGISTRATE JUDGE