# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**1:57 pm, 2/10/26**

**Margaret Botkins**
**Clerk of Court**

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | |
| vs. | Case Number: L:25-PO-00828-SAH-1 |
| Tate C Pulliam | |
| Defendant. | |

## CRIMINAL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only       ☑ This was a Telephonic Hearing

Date: 02/10/2026    Time: 1:45-1:46         (Telephonic)

| Stephanie A. Hambrick | Jessica Jarvis | TEAMS | N/A |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
| N/A | N/A | | |
| U.S. Marshal | U.S. Probation Officer | | |

Attorney(s) for Defendant(s)    Eric K Goldwarg

Attorney(s) for Government   Ariel Calmes

Other:

Discovery received. Set for Status Conference on 03/10/2026 at 2:15pm.