

**FILED**

**3:57 pm, 5/12/26**

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff,

vs.                                                          Case Number: L:25-PO-00828-SAH-1

Tate C Pulliam

Defendant.

## CRIMINAL MINUTE SHEET - MOTION HEARING

☑ This minute sheet also contains a Minute Order    Int. Telephone: N/A

Interpreter: N/A

Date: May 12, 2026        Time: 1:32-2:30; 2:45-3:36

| Stephanie A. Hambrick | Jessica Jarvis | FTR | N/A |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
| | N/A | N/A | |
| | U.S. Marshal | U.S. Probation Officer | |

Attorney(s) for Government     Jesse Naiman

Attorney(s) for Defendant(s)    Michael Poon, Allison Daniel, and Eric Goldwarg

Witness(es) for Government    N/A

Witness(es) for Defendant(s)    N/A

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Dft | 16 | Compel | Denied |
| Dft | 17 | Dismiss | Under Advisement |

Other:
Initial Appearance was held. Defendant was informed of charges, potential penalties and rights.
Defendant plead not guilty.