FILED
11:44 am, 9/18/26
Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA
Plaintiff

vs

TATE C PULLIAM
Defendant

☑ Violation Notice ☐ Information ☐ Complaint

Case Number L:25-PO-00828-SAH-1

Violation Charged
36CFR1.6(g)(1) Engage in activity subject to permitting requirements w/o 1st obtaining permit (1)
36CFR7.13(e)(4) Fishing in closed waters (2)
36CFR(1)(13)(ii)(e) Only Oversnow vehicle allowed (3)

Citation Number (1)(9112812) (2)(9112813) (3)(9112811)

Date Violation Notice Issued 12/16/2025 Place WYNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 10:33-10:47
Date September 18, 2026

Interpreter N/A
Interpreter Telephone N/A

Before the Honorable Stephanie A. Hambrick

| | | |
|---|---|---|
| Jessica Jarvis | N/A | FTR |
| Clerk | Probation | Reporter |
| Stephanie I. Sprecher | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear Warrant issued on

☑ Appeared ☑ By telephone
☑ Voluntarily ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☑ Attorney appearing Eric Goldwarg, Allison Daniel
☐ FPD ☐ PANEL-CJA ☑ RETAINED

☐ Attorney waived

☐ Court orders case continued to at
reason:

☐ Bail is set at

☐ P/R-No Amount ☐ Unsecured ☐ Cash/Surety

☐ Conditions of release

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**

☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

This consent was made ☐ orally ☐ in writing

☑ Informed of charges and rights Date September 18, 2026
☑ Defendant arraigned Date September 18, 2026
☑ Court accepts plea Defendant enters ☑ Guilty ☐ Not Guilty Plea
☐ Trial Witnesses

☑ Disposition
- ☐ Not Guilty
- ☑ Guilty 9112812
- ☑ Dismissed 9112813, 9112811
- ☐ Collateral Forfeited
- ☐ *Nolo Contendere*

☐ PSI ordered
☑ Sentence Date September 18, 2026
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☑ Probation for a period of one year
☐ With Supervision ☑ Without Supervision
☑ Special Conditions of Probation

Obey all laws, keep contact information current with the Court, ban from Yellowstone National Park, pay fines and costs

☑ Fine 500.00 Payable to CVB by 05/18/2027
☐ Restitution To
☐ Community Service To
☑ Special Assessment 10.00
☑ Processing fee: $ 30.00
☑ Defendant advised of right to appeal
☑ Other Written judgment to follow.